KATHLEEN A. LEAVITT  
CHAPTER 13 STANDING TRUSTEE                                        E-FILED:08/28/2009  
201 Las Vegas Blvd South  
Suite 200  
Las Vegas, NV 89101  
(702) 853-0700  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>RAYMOND H PRUITT<br>SUSAN F PRUITT | CASE NO: BKS-09-21593-BAM<br><br>CHAPTER 13<br>Hearing Date:  September 24, 2009<br>Hearing Time:  1:30 pm |

RODNEY K. OKANO  
Attorney for the Debtor  

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 1**  
**COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 06/30/2009. The 341(a) Meeting of Creditors held on August 28, 2009 at 10:00 am was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 USC §704 and/or §1302 as the Debtor did not provide the following documents or must file the stated amendments:

    - Bank Statements for the following periods: Washington Mutual #9108: 6/05 - 30/09 and #7179: 6/06 - 30/09; Citibank #4055: 4/03 - 6/30/09 and #6523: 4/16 - 6/30/09.
    - Verification of Mrs Commuting Expenses.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 08/28/2009                                                              /s/Kathleen A. Leavitt  
                                                                                             Kathleen A. Leavitt  
                                                                                             Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: buchanang              Page 1 of 2                   Date Rcvd: Sep 01, 2009
Case: 09-21593                 Form ID: pdf891              Total Noticed: 57


The following entities were noticed by first class mail on Sep 03, 2009.
db/jdb       +RAYMOND H. PRUITT,    SUSAN F. PRUITT,    5445 SUN PRAIRIE STREET,    NORTH LAS VEGAS, NV 89081-4053
cr           +CitiFinancial Auto, Ltd.,    C/O Poli & Ball, PLC,    601 South Seventh Street,    Second Floor,
              Las Vegas, NV 89101-6905
cr           +SAXON MORTGAGE,    1270 NORTHLAND DRIVE,    SUITE 200,    MENDOTA HEIGHTS, MN 55120-1176
4919565      +ARM,   P. O. Box 129,    13470001,    Thorofare, NJ 08086-0129
5129940       BANKRUPTCY SECTION MS A340,    FRANCHISE TAX BOARD,    POB 2952,    SACRAMENTO CA 95812-2952
4919567      +Bac / Fleet Bankcard,    Acct No 3665,    Po Box 26012,    Greensboro, NC 27420-6012
4919568       Bank of America,    Acct No xxxx-xxxx-xxxx-9492,    PO Box 15026,    Wilmington, DE 19850-5026
5181319      +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
4919569      +Capital 1 Bank,    Acct No xxxx-xxxx-xxxx-6490,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091-5155
4919570      +Cbe Group,    Acct No 54649266,    131 Tower Park Dri,    Waterloo, IA 50701-9589
4919571      +Central Mortgage Co,    Acct No 359331109,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
              Fort Washington, PA 19034-3204
4919572      +Chase - Cc,    Acct No xxxx-xxxx-xxxx-3264,    Attention: Bankruptcy Department,    Po Box 15298,
              Wilmington, DE 19850-5298
4919573      +Chevron / Texaco Citibank,    Acct No 131267,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
4919574      +Citi,    Acct No xxxx-xxxx-xxxx-3048,    Po Box 6241,    Sioux Falls, SD 57117-6241
4919575      +Citi Auto,    Acct No 4109701501,    7825 Washington Ave S,    Edina, MN 55439-2430
4932472      +CitiFinancial Auto, Ltd.,    P.O. Box 182287,    Columbus, OH 43218-2287
4919576      +Citibank Na,    Acct No 9222024391,    Attn.: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
4919577      +Clark County Collection Service,    Acct No 512080,    8860 W Sunset Rd Ste 100,
              Las Vegas, NV 89148-4899
4919578      +Credit Collection Services,    Acct No 05034297436 127700015112001V1,
              Two Wells Avenue, Dept. 9134,    Newton, MA 02459-3208
4919579      +Direct Merchants Bank,    Acct No xxxx-xxxx-xxxx-4932,    Card Member Services - GSC,    Po Box 5246,
              Carol Stream, IL 60197-5246
4919581      +Dolr Ln Cent,    Acct No 463216,    6122 W Sahara Ave,    Las Vegas, NV 89146-3051
4919582      +Emerge/fnbo,    Acct No 518189000297,    Po Box 105374,    Atlanta, GA 30348-5374
4919585       Encore Receivable Management Inc,    400 N. Rogers Road,    P.O. Box 3330,   # 3737456,
              Olathe, KS 66063-3330
4919584       Encore Receivable Management Inc,    400 N. Rogers Road,    P.O. Box 3330,   # 4170431,
              Olathe, KS 66063-3330
4919583       Encore Receivable Management Inc,    400 N. Rogers Road,    P.O. Box 3330,    4230824,
              Olathe, KS 66063-3330
4919586      +First Financial Assest Mgmt,    PO Box 56245,   # 8896748,    Atlanta, GA 30343-0245
4919587      +First National Bank of Marin/Credit One,    Acct No 4447962145236919,    Customer Service,
              Po Box 98873,    Las Vegas, NV 89193-8873
4919588      +Franchise Tax Board,    Acct No 1113156875,    PO Box 942867,    Sacramento, CA 94267-0001
4919589      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
              Houston, TX 77081-1108
4919593      +GMAC Mortgage,    Attn: Bankruptcy Department,    P.O. Box 4622,    Waterloo, IA 50704-4622
4919592      +Giavanna II HOA,    c/o CAMCO,    PO Box 12117,    Las Vegas, NV 89112-0117
4919594      +Hsbc Bank,    Acct No 5407915021576712,    Attn: Bankruptcy,    Po Box 5253,
              Carol Stream, IL 60197-5253
4919595      +Hsbc Cc,    Acct No 21140500113732,    Po Box 8633,    Elmhurst, IL 60126-8633
4919596      +Hsbc/mitsu,    Acct No 541601110207512,    Pob 15521,    Wilmington, DE 19850-5521
4919597      +Hsbc/rs,    Acct No 21230200148521,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,
              Wilmington, DE 19850-5522
4919598       I.C. System, Inc.,    444 Highway 96 East,    P.O. Box 64887,    43863703-362-599-PE3,
              Saint Paul, MN 55164-0887
4919599      +Leading Edge Recovery Solutions, LLC,    5440 N. Cumberland Avenue, Ste. 300,    ACCT: 8740914,
              Chicago, IL 60656-1486
4919600      +Lime Financial Service,    Acct No 50047073,    5665 Sw Meadows Road Suite 600,
              Lake Oswego, OR 97035-3159
4919602      +Mazda Amer Cr,    Acct No 34296832,    Po Box 537901,    Livonia, MI 48153-7901
4990792       Mazda American Credit,    P O Box 553179,    Detroit MI  48255-3179
4919603      +Midland Credit Mgmt,    Acct No 8530810932,    8875 Aero Dr,    San Diego, CA 92123-2251
4919604      +Nuvell Credt,    Acct No 20364000693,    5700 Crooks Rd Ste 301,    Troy, MI 48098-2809
5017908      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
              NORFOLK VA 23541-0914
4919606      +Saxon Mortgage Service,    Acct No 2000176354,    4708 Mercantile Dr. North,
              Fort Worth, TX 76137-3605
4919607      +Ugly Duckling,    Acct No 101008662401,    7300 E Hampton Ave Ste 1,    Mesa, AZ 85209-3324
5137029      +WELLS FARGO FINANCIAL NEVADA, INC.,    ATTN: MAC F6582-034,    PO BOX 500,    CHESTER, PA 19016-0500
4919608      +Washington Mutual / Providian,    Acct No 4500326010,    Attn: Bankruptcy Dept.,    Po Box 10467,
              Greenville, SC 29603-0467
4919609      +Wells Fargo,    Acct No 50231501496939001,    Po Box 60510,    Los Angeles, CA 90060-0510
4919610      +Wffinancial,    Acct No 101240870335363,    6955 Aliante Pkwy Ste 10,
              North Las Vegas, NV 89084-3199

The following entities were noticed by electronic transmission on Sep 02, 2009.
4919566       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
              Acct No 7006/19211723,    P.O. Box 2036,    Warren, MI 48090-2036
4932477       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2009 08:04:24     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
4919580      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2009 08:03:46      Discover Fin,
              Acct No 601100921356,    Attention: Bankruptcy Department,    Po Box 3025,
              New Albany, OH 43054-3025
```

```
District/off: 0978-2           User: buchanang              Page 2 of 2              Date Rcvd: Sep 01, 2009
Case: 09-21593                 Form ID: pdf891              Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
4919590       +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2009 07:53:14     GEMB / Mervyns,
              Acct No 6045891170626967,   Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
4919591       +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2009 07:53:38     Gemb/chevron,
              Acct No 7061591040110370,   Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
4919601       +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2009 07:54:33     Lowes / MBGA,
              Acct No 7981924290359819,   Attention: Bankruptcy Department,   Po Box 103106,
              Roswell, GA 30076-9106
5116386       +E-mail/Text: bknotice@ncmllc.com                              National Capital Management, LLC.,
              8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
4919605       +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2009 07:55:34     Sams Club,
              Acct No 7714100143616431,   Attention: Bankruptcy Department,   Po Box 103104,
              Roswell, GA 30076-9104
                                                                                                 TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2009**                    Signature:    _Joseph Speetjens_